**EXHIBIT "A"**

CAFV CASE NO: 18C17000332

**CERTIFIED MAIL NO: [SEE ATTACHED]**

Certified Mail Number: 7016 2140 0000 4903 0946

To:
Attn: Julie White or her successor
D.B.A. PROSECUTING ATTORNEY
Office the State Attorney
41605 Courthouse Drive
PO BOX 1755
Leonardtown Maryland 20650

From:
Secured Party/Creditor
Brian- Arthur: Weese
c/o 2491 Hunting Creek Road
Huntingtown, Maryland
[near 20639]
Non-Domestic / Non-Assumpsit

**RE: CONDITIONAL ACCEPTANCE FOR VALUE (CAFV) – PRIVATE INDEPENDENT ADMINISTRATIVE PROCESS – ARTICLE 1 REDRESS OF GRIEVANCE UNDER THE NINETH AMENDMENT RESERVATION FOR THE RESOLUTION AND EQUITABLE SETTLEMENT UNDER NECESSITY. IN THE NATURE OF REQUEST FOR PROOF OF CLAIM/DISCOVERY.**

Case/Associated Number: K09-458 (hereinafter CAN)

NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dear Julie White or her successor – hereinafter Respondent,

I am in receipt of the judgment/presentment/offer imposed under CAN and I agree to abide by the stipulations thereof upon your providing PROOF OF CLAIMS in the Nature of Discovery (evidence), exhausting my private administrative remedy from your office. Therefore, I seek PROOF OF CLAIM in regards to CAN, and/or that the charging instrument the Saint Mary's County Maryland Circuit Court/actors/agents used was lawful, proper and/or constitutional, so that I can determine whether the Saint Mary's County Maryland Circuit Court/actors/agents who handled CAN and or others within the same venue of this Action/Office, and/or the Saint Mary's County Maryland Circuit Court at the time that CAN was processed/prosecuted, did not commit constitutional impermissible application of the statute(s), law(s), code(s), Regulation(s) or the like, in the matter.

Because the Court(s) has dealt with a **corporate entity** and not the filed Secured Party/Creditor (natural man) and failed to serve **NOTICE** that it was doing so, (See U.C.C. § 1-201 (26) and (27)), and that it be placed on **"record"** See U.C.C. § 5-102(n); it has effectively created a "fault"; (See U.C.C. § 1-201 (16)) as well as a breach of **"good faith"**. (See U.C.C. § 1-201 (19)). **No sanction(s)** can be imposed upon this Secured Party, **however** the "STATE OF MARYLAND" Cause does leave this "aggrieved party" opportunity to file for remedy (relief) as the undersigned may see fit. As well as the rights afforded by U.C.C § 1-106 (1)(2), 1-201 (34)(36) and the State and Federal Constitution.

Therefore Respondent as you are the current PROSECUTING ATTORNEY, and ultimately responsible for my current or past action conducted by the Saint Mary's County Maryland Circuit Court, I am bringing this matter to you in your Official capacity as the PROSECUTING ATTORNEY of Maryland.

I also request a True and Correct copy of your Oath of Office, surety, performance bond and/or blanket bond with the name and address of the insurer, the bond number, public and private pledges or

otherwise to indemnify the undersigned as to any injuries and violations against the secured Right(s), Title(s) or interest(s) of the Undersigned.

I wish to resolve this matter as soon as possible; however I can only do so conditioned upon your providing the following PROOF OF CLAIM as set out below to wit:

1) PROOF OF CLAIM: That the Constitution of the United States and the State of Maryland operate upon the Undersigned (Violation of 18 of United States Code [U.S.C.], Sections [Sec.] 1001 and 1018; (2) violations @ $250,000.00 per violation)..

2) PROOF OF CLAIM: That the Undersigned is a "PARTY TO" Named Therein and/or is a Signatory to the "SOCIAL COMPACTS" known as the UNITED STATES and State of Maryland Constitution.

"No private person has the right to complain by suit in court, on the grounds of a breach of the Constitution. The Constitution it is true, is a compact, but he is not a party to it. The States are party to it." PADDLEFORD FAY & CO. V. THE MAYOR AND ALDERMAN, CITY OF SAVANNAH, 14ᵀᴴ GA. 438, 520, 211 U.S. 78 (1854)."

3) PROOF OF CLAIM: That the undersigned is "NAMED THEREIN" any Statute(s), Law(s), Codes(s) and the like. (See: THE PEOPLE V. HERKIMER, GENTLEMEN, ONE, AND COMPANY, 4 COWEN 345, 1825 N.Y. LEXIS 80). (Violation of 18 of U.S.C., Sec. 241, 242, 1001, and 1621; (4) violations @ $250,000.00 per violation).

4) PROOF OF CLAIM: That the United States and the State of Maryland's Corporate Statutes, Laws, Codes, and the like, operate upon the Undersigned. (Violation of 18 U.S.C., 1001 (1); @ $250,000.00 per violation).

5) PROOF OF CLAIM: Of the "LIABILITY" of the Undersigned to the Statutes, Laws, Codes, and the like of the Corporate Government of the United States and the State of Maryland. (Violation of 18 of U.S.C., Sec. 241, 242, and 1001; (3) violations @ $250,000.00 per violation).

6) PROOF OF CLAIM: That the Undersigned is a "PARTY TO: Named Therein and/or is a Signatory to any Valid/Lawful Contract and/or Agreement, duly Notarized along with a copy of the Notary Log to the Federal Corporate Government and/or any of the Sub-Agencies/Corporations, i.e. the State of Maryland, or your agency. (Violation of 18 of U.S.C., Sec. 1001; (1) violation @ $250,000.00).

7) PROOF OF CLAIM: That a Corporation such as the United States and the State of Maryland, can attain parity with a sentient, living, breathing, flesh-and-blood man such as the Undersigned.

"there every man is independent of all laws except those prescribed by nature. He is not bound by any institutions formed by his fellow man without his consent." CRUDEN V. NEAL, 2 N.C. 338, 2 S.E. 70 (1796).

8) PROOF OF CLAIM: That "WE THE PEOPLE" as cited in the Constitution of the United States and the State of Maryland, as well as cited in the enactment clause of the Statutes, Laws, Codes, and the like referring to the flesh-and-blood men and women of the united States of America and the Maryland Republic, and not the "Popular Leaders who in all ages have called themselves, "THE PEOPLE". (Violation of 18 of U.S.C., Sec. 1001; Title 42 of U.S.C., Sec. 1986; (2) violations @ $250,000.00 per violation).

9) PROOF OF CLAIM: That the people of the State of Maryland, i.e. the flesh-and-blood men and women of the Maryland Republic were present at the commencement and through the entire proceedings held under CAN. (Violation of 18 U.S.C., Sec. 241, 242, 872, 1001, 1621, 1622, and 2384; (6) violations @ $250,000.00 per violation).

10) PROOF OF CLAIM: That the "Conduct of the Judge and Prosecutor on behalf of the People by the Saint Mary's County Maryland Circuit Court as directed by Executive Act", did not in fact act on behalf of the Corporate State of Maryland, rather than on behalf of the flesh-and-blood men and women of the Maryland Republic, and that it also was not a violation of the "SEPERATION OF POWERS CLAUSES" of the United States and the State of Maryland Constitutions. (See: PEOPLE EX REL LEONARD V. PAPP, 192 N.W. 2D 693, 383 MICH. 627 (1972). (Violation of 18 of U.S.C., Sec. 241, 242, 1001, 1621, and 1951; (5) violations @ $250,000.00 per violation).

11) PROOF OF CLAIM: That the Undersigned is a resident (Belonging To) the State of Maryland Corporation, and/or the United States Corporation, or any sub-division/instrumentality thereof, i.e. does the Undersigned reside within a faction, a construct of law, an abstraction.

12) PROOF OF CLAIM: That there is a clause within the Constitution of the corporate State of Maryland, and/or the corporate United States, that subjects a Private Man (Sovereign and Retaining His/her Jurisdiction and Venue Within Themselves) to the Statutory Jurisdiction thereof. (Violation of 18 of U.S.C., Sec. 1001 and 1951; (2) violations @ $250,000.00 per violation).

13) PROOF OF CLAIM: That the United States and the State of Maryland by becoming a Corporation "DID NOT" lay down their sovereignty and take on the character of a Private Citizen, and/or a Corporate Charter. (See: THE BANK OF THE UNITED STATES V. PLANTERS BANK GEORGIA, 9 WHEAT 244; U.S. V. BURR 309 U.S. 242). (Violation of 18 U.S.C. 1001; 28 U.S.C. 3002; (2) violations @ $250,000.00 per violation).

14) PROOF OF CLAIM: That the Judge and Prosecutor under CAN had taken and filed with the State of Maryland, Secretary of State (The Record Keep), an Oath of Office Stating that he/she would defend and uphold the Constitution of the United States and the State of Maryland. (Violation of 5 U.S.C.,. 3331; Title 18 U.S.C., Sec. 1101(a)(3)and 3331; (3) violations @ $250,000.00 per violation).

15) PROOF OF CLAIM: That the Undersigned's rights did not exist before the origination (creation) of the State of Maryland and/or the United States (See: HALE V. HENKLE, 201 U.S. 43 AT PAGE 74 (1906)). (Violation of 18 U.S.C., Sec. 1001; (1) violation i§ $250,000.00).

16) PROOF OF CLAIM: That the United States Federal and the State of Maryland Corporations, along with all Corporate City, County, and Township sub-divisions thereof are not operating under the National Bankruptcy as declared in 1933, which was a re-iteration of the bankruptcy declared in dating back to 1861 and prior. (See: SENATE REPORT NUMBER: 93-549, DATED NOVEMBER 19, 1973, 93RD CONGRESS 1ST SESSION AT PAGE 1 PAR. 1 AT PAGES 187 & 549; EXECUTIVE ORDER 6073, 6102 6111 & 6260; THE TRADING WITH THE ENEMY ACT, 65TH CONGRESS, SESSION 1, CHAPTERS 105 & 106, OCTOBER 6, 1917, AND AS CODIFIED AT 12 U.S.C.A. 95(a); THE 1950 BANKRUPTCY DECLARATION AND REORGANIZATION PLAN NUMBER: 26. 5 U.S.C.A. 903, Public Law 94-564, AND THE LEGISLATIVE HISTORY THEREOF AT PAGE 5967 STATING, IN PART THAT "THE SECRETARY OF THE TREASURY WAS APPOINTED AS THE RECIEVER IN THE BANKRUPTCY"). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, and 1951; Title 42 U.S.C., Sec. 1986; (6) violations @ $250,000.00 per violation).

17) PROOF OF CLAIM: That the United States and the State of Maryland are not Insolvent and Dissolved of all Authority and Official Capacity, Acting In Name Only, due to the contrived National Bankruptcy, also known as National Emergencies and Reorganizations. (See: CONGRESSIONAL RECORD VOLUME 33, 1933, CHAPTER 11 REORGANIZATIONS OF THE UNITED STATES; 26 I.R.C. 165(g) (1); WESTFALL V. BRADLEY 10 OHIO 188; ADAMS V. RICHARDSON, 337 S.W. 2D. 911; AND WARD V. SMITH, 7 WALL. 447, AMONG OTHER REFERENCES). (Violation of 18 U.S.C., Sec. 241, 242, 1001, and 1621; (4) violations @ $250,000.00 per violation).

18) PROOF OF CLAIM: That the Government of the 50 States, did not and still do not pledge the Faith and Credit thereof, i.e. the sweat and blood (assets) of the American flesh-and-blood men and women, including the Undersigned, as Sureties to aid National Emergency Contrivances, via the valuable Instruments known as Birth Certificates (See: Any newly issued Birth Certificate whereon it states: This is a very valuable instrument) as Collateral and that the State of Maryland and the United States Governments being incorporated, did not create a Corporate Designation from the distinctive application, as written on the Birth Certificate in the name of the Undersigned, and thus, make the Undersigned, as well as all other American flesh-and-blood men and women, a surety and Accommodation Party for such Corporate Entity, i.e. Ens Legis, Cest Cue Trust, Strawman, Juristic Person, Federal Employee, as well as numerous other Definitive terms referring to such (See: CONGRESSIONAL RECORD MEETING OF THE GOVERNOR MAY,1933, AND THE BOOK OF THE STATES, VOL. 50). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, and 1951; (5) violation @ $250,000.00 per violation).

19) PROOF OF CLAIM: That the "Charge(s)" in this case were laid upon the "Private Man" i.e. Brian-Arthur: Weese and not upon a "CORPORATE FICTION", such as BRIAN ARTHUR WEESE , or any/all

derivative and variations in the spelling of said name except for Brian Arthur: Weese and the liability imposed there from onto the "PRIVATE MAN" as though there was/is some Contract, Agreement, and the like wherein the "PRIVATE MAN" consented/agreed to be a Surety and Accommodation Party for a "CORPORATE FICTION", for in Actuality, that would be the only way that a Bankrupt, Insolvent, and Incorporated Government, such as the State of Maryland or the United States, including, without any limitations the Courts, Collectively, could Fraudulently do such a Seditious Act. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, and 1951; (5) violations @ $250,000.00 per violation).

20) PROOF OF CLAIM: That the Judge and Prosecutor, at the time of the entire proceeding under CAN had an Indemnity Bond posted to indemnify their actions as to any injury that may have befallen the Undersigned. (Violation of 18 U.S.C., Sec. 241, 242, 872, 1001, 1621, 1622, and 1951; (7) violations @ $250,000.00 per violation).

21) PROOF OF CLAIM: That the Judge and Prosecutor were not enforcing the National Bankruptcy/National Emergency Contrivances, upon the Undersigned, via the Criminal CHARGE(s) and Sentence. (Violation of 18 U.S.C., Sec. 241, 242, 1001(six fold(6x), 1951, 1961(a)(b), and 1964; (12) violations @ $250,000.00 per violation).

22) PROOF OF CLAIM: That all Crimes/Court Actions are not commercial as stated in part, within section 72.11 of Title 27 of the Code of Federal Regulations (CFR). (Violation of 18 U.S.C., Sec. 1001; (1) violation @ $250,000.00).

23) PROOF OF CLAIM: That the Judge and Prosecutor, acting on behalf of Saint Mary's County Maryland Circuit Court, the Corporate State of Maryland and the United States Federal Corporation, did not know that what they were doing under CAN, was Beyond the Scope of their Corporate Charter, and that they did not have the Authority to violate the Good Faith, Commercial Law, Contract Law, and Securities Law, in binding the Undersigned to an Undischargeable contract to Incarcerate him or his rights. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations £ $250,000.00 per violation).

"A contract made by a corporation beyond the scope of its corporate power is Unlawful and VOID. MCCORMICK V. MARKET NATIONAL BANK, 165 U.S. 538.

24) PROOF OF CLAIM: That the Court that adjudicated the case under CAN was a "COURT OF CONSTITUTIONAL DUE PROCESS", and not an "ADMINISTRATIVE TRIBUNAL" administering the National Bankruptcy per the case . (Violation of 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

25) PROOF OF CLAIM: That the Bar Association is not a British Organization and/or a Controlled Association, that is an offshoot of the London Lawyers Guild, thus a Foreign PRINCIPAL would

be controlling the Courts and Government Agencies associated therewith, as well as All Judges, Attorneys, Agents, Officers, and the like thereof. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386: (11) violations g $250,000.00 per violation).

26) PROOF OF CLAIM: That the Judge and Prosecutor as well as ALL Members of the Bar, have not forfeited their United States Citizenship by becoming a member of the Bar, in accordance with automatic operation of Law, under Self-Executing, provisions of the 13th Article of the Organic Constitution for the united States of America (1787), as well as duly proposed at the Second Session of the 11th Congress and Ratified in 1820. (See: U.S.C.A. TITLE 22 §§ 611-619; RABINOWITZ V. KENNEDY. 376 U.S. 605, 84 S. CT. (1964); U.S.C.A. TITLE 18 §§ 219 & 951; M.C.L. 750.218 § 1(b)(c) and 4(a). AMONG OTHER REFERENCES TO FOREIGN REGISTRATION STATEMENTS HAVING TO BE FILED WITH THE Secretary of State. IN ORDER TO BE IN THIS COUNTRY, REPRESENTING A FOREIGN PRINCIPAL OR POWER. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1101(A), 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (12) violations @ $250,000.00 per violation).

27) PROOF OF CLAIM: That within CAN that the Judgment was not "COMMERCIAL PAPER" and was not deposited into a bank or converted into an item of Deposit for the commercial benefit to the Judge and Prosecutor, (Court),County, State of Maryland, The united States, and or the World Bank. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations $250,000.00 per violation).

28) PROOF OF CLAIM: That the organic/De Jure Constitution for the Maryland Republic, and the Organic/De Jure Constitution for the united States of America, and the State of Maryland and the United States are operating under the same. (Violation of 18 U.S.C., Sec. 1001(1) violation e $250,000.00).

29) PROOF OF CLAIM: That if the Judge and Prosecutor under CAN as well as ALL of the State of Maryland and the United States Government Employees, Agents, Officers, Attorneys, Judges and the like (Hereinafter referred to as PERSONEL), were/are Operating Under, i.e. Defending and Upholding the Organic/De Jure Constitution for the Maryland Republic and the united States of America (1787), and not a Corporate Charter, and if the State of Maryland and the United States are actually Free Enterprise Republics, then would not the Judge and Prosecutor under CAN, as well as all the Attorneys and Judges, to this day, have or had a License to Practice Law as mandated by the Maryland De jure Constitution; People Ex Rel Hughes V. May, 3 Mich. 598 (1855)' Operating Procedures as the PROSECUTING ATTORNEY: 1947, No. 803, Page 741, among other authorities, and in order to be or have been Doing Business As a Judge or Prosecutor, and in their Individual, Private Capacity, under a De Jure Constitutional Republic, and such a license would be or have been issued by a duly constitution, Free Enterprise, Maryland Republic, Board of Law Examiners within the Department of Licensing and

Regulations, where all Professional Licenses are issued, and such a Board would have been established by the Legislature, as authorized/mandated by Maryland Constitution of 1963,Article 4 § 1, as it is the Legislature which must give force to the licensing mandate of Article 6 § 14 of the Maryland Constitution of 1963, (See: THE LEGISLATIVE RECORDS OF FEBUARY 3, 1969, HOUSE OF REPRESENTATIVE BILLS: 2115 & 2116 WHEREIN SUCH A FREE ENTERPRISE 'LICENSING BOARD' WAS SOUGHT, BUT DENIED). (Violation of 18 U.S.C., Sec. 241, 242, 100, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

30) PROOF OF CLAIM: That in keeping with the presumption of Operating Under, i.e. Defending and Upholding the Organic/De Jure Constitutions for the Maryland Republic and the united States of America (1787), and this being a Free Enterprise Republic, as referenced in PROOF OF CLAIM: 28 and 29, if the only License to Practice Law a Judge and Prosecutor need is to be on the Docket Roll of the Supreme Court, coupled with being a Member of the Bar Association, and as such they are deemed by the Bar (British Accreditation Regency) as an "OFFICER OF THE COURT" (See: M.C.L. 600.901; IN RE LORD, 97 N.W. 2D 255, 287; 7 CORPUS JURIS SECUNDUM § 4, AMONG OTHER AUTHORITIES), would not such a Title of Nobility be in violation of the "NO TITLES OF NOBILITY CLAUSE," Article 1 § 9, Clause 8 and Article 1 § 10, Clause 1 of the Federal Constitution of the United States of America Inc. (1845), and Would Not such a way of Licensing A Legal Profession, create a Monopoly, i.e. "RULING CLASS" IN Violation of Article 4 § 4 of the De Jure/Organic Constitution for the united States of America (1787). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

31) PROOF OF CLAIM: That under the "BAR RULES", All Judges such as the one that presided over CAN, would have to be a Bar Attorney before he could become a Judge and is this not a Violation of Article 4 § 4 of the Constitution of the united States of America (1787). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations § $250,000.00 per violation).

32) PROOF OF CLAIM: That under their "NOBLE STATUS" within the ancient fellowship known as the "BAR" that the Judges and Prosecutor for CAN, as well as all "BAR" Judges and Attorneys, operating under monopolized, "RULING CLASS", are actually operating under competing and conflicting interests, another fact ruled as being unconstitutional by fellow Bar Judges. (See: CULVER V. SULLIVAN, 446 U.S. 335, 350, 100 S. CT. 1708 (1980); GLASSER V. U.S. 315 U.S. 60, 62, S.CT. 457 AMONG OTHER AUTHORITIES). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1101(a)(3), 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386: (12) violations @ $250,000.00 per violation). .

33) PROOF OF CLAIM: That all the "VIOLATIONS" of the De Jure/Organic Constitution of the Maryland Republic and the united States of America (1787), in order to usurp an Official/Seat in the Government/Judiciary, including the ones which were held by the Judge and Prosecutor

for CAN, as well as by all other Government Officials/Employees, whom have supposedly sworn "Oath of Affirmation to Uphold and Defend: the De Jure/Organic Constitution for the Maryland Republic and the united States of America (1787, as Mandated by M.C.L. 15.151 et. Seq. and U.S.C.A. Title 4, Section 101 & 102 et. Seq., does not render them void, and that any usurped authority of jurisdiction as well as any Decrees, Orders, Judgments, and the like issued/imposed therefrom are not also void, as decided by "Fellow Brother and Sister Bar Judges," e.g.

"If a Court is without authority, its judgment and orders are regarded as nullities. They are "VOID", and from no bar to a recovery sought, even prior to reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered in law as trespassers." (See: ELLIOT V. PIEROL, 1 PET. 328,340; 26 U.S. 328, 340 (1828)),

(Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

34) PROOF OF CLAIM: That if the Court has "NO AUTHORITY or JURISDICTION" over the Undersigned or over CAN, via each of the violations of the De Jure/Organic Constitutions for the Maryland Republic and the united States of America (1787) as well as Federal Constitution on the United States of America Inc. (1846), that the Judge and Prosecutor, as well as all whom have advised and acted with them, to commit the moral wrongs of "UNLAWFUL INCARCERATION" of the Undersigned, thus having the liability of insuring that what the Judge and Prosecutor did by incarceration the Undersigned within their supposed jurisdiction, was "LAWFUL and CONSTITUTIONAL," and if left unchecked, would be the same as making a statement for the Record via, this (CAFV), that every flesh-and-blood man and women in this country is just susceptible to the "MORAL WRONGS," that have been perpetuated upon the Undersigned. e.g.

"Whenever a Judge or Attorney acts where he/she does not have jurisdiction, the Judge and Attorney are engaged in an act or acts of Treason, and any Judge or Attorney who does not reject the Judge and Attorney for "TREASON" as required by law may themselves be guilty of Misprision of Treason." COHEN V. VIRGINIA, 19 U.S. (6 WHEAT) 264, 404;5 L.ED. 257 (1821); AND REAFFIRMED UNDER U.S. V. WILL 449 U.S. 200, 216; 101 S. CT. 471; 66 L. ED. 2D. 392, 406 (1980). (See: also 18 U.S.C.A. 2382 – MISPRISON OF TREASON; AND 18 U.S.C.A. 2, 3 AND 4 – MAKING SUCH NON-REPORTING JUDGES, ATTORNEYS, OR ANYONE THAT HAS KNOWLEDGE OF SUCH CRIMES A "PRINCIPAL IN THE CRIMINAL ACTIVITY").

35) PROOF OF CLAIM: That "ANYONE" including the Judge and Prosecutor for CAN, has filed a "SUPERIOR CLAIM" which is Certified and State Sealed within the Uniform Commercial Code (UCC) Division, of any Secretary of State, that supersedes the Filing by Secured Party Creditor, Brian· Arthur· Weese· , i.e. File Number 201606060267849, which has been duly recorded, Indexed, and Certified and is under State Seal on a national filing form within the UCC Division, of the New York Secretary of State Office, thereby "SECURING" all of the assets of the DEBTOR, BRIAN ARTHUR WEESE· , and any/all derivatives and variations in the spelling of said name, except

for 'Brian- Arthur: Weese ' This Superior Claim includes "ALL " of the debtors Property/Assets, to include any/all things used to identify the DEBTOR, i.e. Social Security Account Number; C.U.S.I.P./AUTOtris Number, and/or anything associated with the name of the DEBTOR, also to include without limitations, and Bonds issued under the DEBTOR's name including those that were fraudulently created using the name (property) of the DEBTOR. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

36) PROOF OF CLAIM: That there is no such UCC Filing, i.e. Private Agreement Number: 03051968 BAW-SA; Hold Harmless and Indemnity Agreement Number: 03051968-BAW-HHIA; Common Law Copyright notice Number: 03051968-BAW-CLC; Filed and recorded under State Seal with the State of New York , Secretary of State Office, wherein a copy of said documents are the initial documents (the remedy put in place by the Government) to provide the flesh-and-blood man and woman a way to remedy themselves of the fraud of the Government, some of which has been disclosed throughout this CAFV, and is the basis of the Antecedent claim, for per Maxim of Law on fraud, "They had to leave the people a way out, or all cover of legitimacy.)" (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

37) PROOF OF CLAIM: That there are not over 3 million such UCC filings, related to the Redemption of the Fraud of the Government, Nationwide.

38) PROOF OF CLAIM: That if these documents duly filed and recorded under State Seal as stated above in PROOF OF CLAIM 35 & 36 are fraudulent why are they considered Legitimate by the Secretary of State, for the State of New York , and the Undersigned not being prosecuted for creating Fraudulent documents.

39) PROOF OF CLAIM: That the Judge and Prosecutor under CAN was not looking for the Undersigned to "ACCEPT FOR VALUE" or honor the Charging Instrument/Presentment in accordance with UCC § 3-410, and due to all Court Actions Being Commercial (U.S.C.A. Title 27) and Statute being a Bond (See: BLACK'S LAW DICTIONARY 4TH EDITION REVISED) which is an abbreviation for "STATUTE MERCHANT," which is:

   a. A security for a debt acknowledged to be due;
   b. A bond for Commercial Debt (See: J.H. BAKER, AN INTRODUCTION TO ENGLISH LEGAL HISTORY, 354 3RD EDITION 1990) and that the Complaint Information of Indictment is not a three-party draft, Commercial Paper, under Article 3 of the UCC, and that the Judge and Prosecutor is/was Not the Drawer or Maker by their signature, and that the Undersigned, flesh-and-blood-man, though not having such knowledge at the time, was/is not deemed the Surety, and the COMMERCIAL PRESENTMENT was not made in accordance with UCC § 3-501(1), Presentment is Necessary to Change Secondary Parties, and because the Undersigned did not know at the time, of the underlying fraud, and did not Accept the

Charges of Presentment, For Value or Honor, that the Undersigned was not deemed in dishonor;

c. That the Undersigned was not then deemed to be in dishonor for non-acceptance by the Judge and Prosecutor, in accordance with UCC § 3-505(c) and UCC § 3-501(2), (a) and (b) and that the Undersigned is/was made the fiduciary trustee of the DEBTOR, Ens Legis, in this fraudulently created capacity, was the Undersigned not made responsible to discharge the debt of the DEBTOR, Ens Legis by operation of Law, Whereas the Undersigned being made the PRINCIPAL or Asset Holder on the Private Side of the Accounting Ledger; and

d. That the Undersigned was/is not holding the Exemption necessary, to discharge the debt, based on the "ANTECEDENT CLAIM," which has been "REDEEMED" via the UCC Filing referenced with PROOF OF CLAIM 35 of this CAFV.

(Violation of 18 of U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, 2386; (11) violations @ $250,000.00 per violation).

40) PROOF OF CLAIM: That because the Undersigned did not accept the Charges of Present For Value or Honor, presented by the Judge and Prosecutor under CAN, thus the Undersigned being deemed in Dishonor, and the Court/Government not being Able to use the Undersigned's Exemption, at the time to pass the debt or Charge, through the Account of the DEBTOR, Ens Legis, to obtain a discharge, that the Dishonor is/was not sold to the Federal Court as all State Court Judgments/Dishonor are, and thereafter sold as Stock/Shares, which have an extensive value per charge. (Violation of U.S.C.18, 242; U.S.C.18.241; U.S.C. 18. 1001; U.S.C. 18 1621; U.S.C. 18.1622; USC 18.2381; U.S.C. 18. 2383; U.S.C. 18 2384; U.S.C. 18. 2385; U.S.C. 18. 2386 ;U.S.C. 18. 1951 (11) VIOLATIONS @$250.000.00 PER VIOLATION).

41) PROOF OF CLAIM: That when a Social Security Account Number is assigned/issued, that a Blank Bond is not issued and when the Undersigned was arrested and there after imprisoned, that this Bond was not filled out and that this Bond is not called a "BID BOND", Standard Form 24(SF24) and that it is not prescribed by the General Service Administration (GSA), and that this is not also referred to as a "PRISON or PENAL BOND", as well as a "CONTRACT SURETY BOND" and that a follow-up "PERFORMANCE BOND" Standard Form 25(SF25) and "PAYMENT BOND: Standard Form 25A(SF25A) were not filled out. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

42) PROOF OF CLAIM: That everything is not being run under the "LAW MERCHANT" under UCC § 1-103 (See: ALSO SECTION 1775.04 OF TITLE 17 U.S.C.A. – CORPORATIONS; THE ADMINISTRATIVE MANUAL OF THE INTERNAL REVENUE SERVICE, WHEREIN UCC § 1-103 IS QUOTED AND PART OF THE MARYLAND REVISED CODE THAT STATES THAT "RULES OF LAW AND EQUITY, INCLUDING THE "LAW MERCHANT" ARE TO GOVERN"). (Violation of 18 U.S.C., Sec. 241, 242, 1001 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

43) PROOF OF CLAIM: That all factual information Contained within this CAFV pertaining to this Securities/Fraud cannot be retrieved from the Federal Circuit Court website, as the Undersigned has done extensive through lawful channels. And is it not true that this website is Restricted to Public Access, and that this restriction can be observed by simply doing a computer search typing in the CUSIP, and is it not so that the name CUSIP is not derived from the American Banking Association's (ABA) – Committee on Uniform Securities Identification, and that CUSIP is not the trademark of Standard and Poor's which operates a license agreement with the ABA and is at the same address as the Depository Trust Clearinghouse, which is the clearinghouse for all goods, commodities, and Securities, and is also referred to as the Global Clearing Network (GCN) and the Defined Contribution Clearance and Settlement (the DCC&S), among other names, which are the clearing house for all the shares and stocks sold through the Corrections Corporation of America and the Paine Webber Group and that if a computer search was done on the Pain Webber Group that one of the 20 largest companies would not be called "PRIVATE PERSON", and that this cannot also be verified under Re'gis Castellani's Transformation Corporation website, i.e. www,transnational.org/pays/usa.htm and that the London based U.B.S. Warburg Investment Banking Division of the U.B.S., which was started by the Paul Warburg, which owns and controls the World Bank, that started/owns the Federal Reserve, which is part of the Securities Scheme, that funds the Privatized Prisons and that is one reason why the Federal Court website has a Public Access Restriction on it, and not because the shares and stocks which were supposed to be sold to the Public, are actually sold to a select group of Corporations, and Mortgage Backed securities as a cover and these select corporations are hoarding all the shares and stocks so the public cannot view them via computer search, and that the American Legislative Exchange Council (ALEC), owned by Paul Weyrich of the Free Congress Foundation, who bragged about helping to enact the Truth in Sentencing, and the Three Strikes Laws, thereby was creating a means to keep a steady flow of prisons within the Privatized Prison System, which is why Correction Corporation of America and Wackenhut has paid hundreds of thousands of dollars in exchange for privileged position on the ALEC's Criminal Justice Task Force, and the General Accounting Office and General Service Administration (which are under the Comptroller of Currency), and heavily involved in the Accounting aspect of the Securities Scheme, and is why they supply all the "BID", "PERFORMANCE", and "PAYMENT BONDS". (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

44) PROOF OF CLAIM: That the Undersigned cannot as the "Holder In Due Course" of the bonds (that were fraudulently created by all parties disclosed this far in this CAFV), take the information from the Circuit Court Website, as to who currently has the Bonds, and amount thereof, and submit a "BID", PERFORMANCE", and PAYMENT BOND," as well as an International Bill of Exchange (As Good As Aval), which is lawful, due to the United States becoming a party to the United Nations Committee on International Trade Law (UNICITRAL) in 1989, and thereof discharge the debt which was Fraudulently imposed upon the Undersigned. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

45) PROOF OF CLAIM: That the Judge and Prosecutor under CAN, did not commit Constitutional Impermissible Mis-Application of the Statutes in this case to work as a determent to the Undersigned. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

46) PROOF OF CLAIM: That the Judgment of Sentence rendered by the Judge under CAN, is not VOID from inception and as to why the Undersigned should not be released of all implications thereof immediately, due to all of the Fraud underlying such judgment, and although the Undersigned could go about discharging the Fraudulent Monetary Debt, underlying the Judgment, i.e. going through all of the formalities which are really unnecessary "When The Facts Of Fraud Make The Judgment VOID." (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

47) PROOF OF CLAIM: That you do not have the duty and Obligation to produce and provide the Undersigned the PROOF OF CLAIM as requested, pursuant to the "Clean Hands Doctrine" and "Good Faith" dealings with the Undersigned , and because some of the PROOF OF CLAIM relate to Securities Fraud, which play a part in the Unlawful Incarceration of the Undersigned, the mandates of the Sarbanes-Oxley Act of 2002, H.R. 3763,107[th] Congress Second Session, which also apply to you as a Judge and Prosecutor of the Saint Mary's County Maryland Circuit Court, and Other involved and which President Bush signed into law to combat among other things, Accounting and Securities Fraud . (Violation of 18 U.S.C., Sec. 1001 and 1951; (2) violations @ $250,000.00 per violation).

## CAVEAT

Please understand that while I want to resolve this matter quickly, I can only do so upon your "Official" response providing the above PROOF OF CLAIM in the matter as to the action being lawful, proper and constitutional.

Therefore, not being a signatory to the FEDERAL CONSTITUTION of State of Maryland Corporation, not a party to your "Social Compact", and not being named in your statutes, and/or notice of agreement between the State of Maryland or the United States with the Undersigned, the Undersigned did not and does not understand the nature of the jurisdiction imposed by the State of Maryland in respect to the judgment received, or the commercial nature of some involving commercial paper, bonds, etc. created by the Judge or others on request to the above case.

Should you fail to provide the requested PROOF OF CLAIM, you would fail to state a claim upon which relief can be granted, and you will have stipulated to all the facts as they operate in favor upon the undersigned, i.e. that the Undersigned is not a signatory, nor party to the social compact (Constitution) of the State of Maryland Status and said Constitution does not operate upon the Undersigned and that the Judge and Prosecutor for the Saint Mary's County Maryland Circuit Court under CAN, committed constitutional impermissible application of the statute(s)/ laws in CAN, and you also agree that injury was

done to the Undersigned, via Misapplication of the Statute(s), Malicious Prosecution, Conspiracy, libel, slander, and Fraud, and you agree that the Undersigned is due damages via tort.

If you fail to respond and/or provide PROOF OF CLAIM to any/all of the forty-seven (47) requested claims contained herein, this will constitute your agreement that any remaining judgment/monetary penalty may be "Accepted for Value" and Returned for Discharge by Bonds, International Bill of Exchange, Promissory Note, or any other appropriate commercial Paper, to allow the setoff/adjustment and exchange of Credit/Discharge of CAN, and that I Secured Party Creditor, Brian- Arthur: Weese , the Authorized Representative, and Attorney-in-Fact for the Defendant/DEBTOR BRIAN ARTHUR WEESE , hereby calls for the return of the Bonds (Bid, Payment, & Performance Bonds) issued by the Saint Mary's County Maryland Circuit Court, under CAN, and you Respondent, as PROSECUTING ATTORNEY, agree that I may proceed directly to the U.S. District Court or a venue of choice for the Commercial Vessel, i.e. BRIAN ARTHUR WEESE , and that the undersigned is due reparations and damages via Tort.

Brian- Arthur: Weese will exercise his right to verify any proof, discovery, evidence or otherwise (in the nature of his right to challenge jurisdiction at any time), as to the entire matter, per his right within "The Due Process of Law" and therefore this private process is proper in obtaining such "evidence" and to challenge any false claims, charges, or otherwise.

Respondent as the PROSECUTING ATTORNEY for the State of Maryland, and as such, having superior knowledge of the law necessary to provide the PROOFS OF CLAIM requested herein by the Undersigned thereby providing evidence that the action was lawful, proper, constitutional, and there was no misapplication of the Statute(s), Law(s), Code(s), or the like, and how the Undersigned can lawfully "Pay Debt(s) at Law", including judgments with Constitutional money and not be tricked into becoming a Tort Feasor, by the State of Maryland. (See: ARTICLE 1 SECTION 10 – U.S. CONSTITUTION).

Respondent as the PROSECUTING ATTORNEY, you must reply within Thirty (30) DAYS, providing PROOF OF CLAIM both to the Undersigned and to the Third-Party witness's addresses below, and should you go into fault, you will be given THREE (3) DAYS to cure your fault of non-response. If you fail to cure your fault, you will be found in default and will have established your default and dishonor of this counter-offer to the original offer Indictment in the record.

The defaulting and dishonoring party will be foreclosed by laches and estoppel from maintaining or enforcing the original offer in any court or administrative unit and you agree that the Undersigned may exercise his exclusive remedy as to the stipulated and agreed upon, Misapplication of the Statute(s)/Law(s)/Code(s) or the like, Malicious Prosecution, Conspiracy, libel, slander, and Fraud, and other Violations of the United States Codes and Statutes via maritime action and/or Tort.

Such rights or obligations are secured, preserved or denied by the Constitution to prevent such abuses by Government Officials by their oaths to support said Constitution {67 CJS, OFFICERS, SECTION, 46 OATHS}. The penalty of such violations are defined under 18 U.S.C. 3571, and individually listed for each violation {$100.000.00} each violation or trespass listed as a misdemeanor, 18 U.S.C. 3571 {$250.000.00}, for each trespass or violation listed as a felony,

THE ABOVE MENTIONED IS JUST A START OF VIOLATIONS THAT SECURED PARTY HAS SUFFERED IN TIME FROM OFFICER'S, EMPLOYEES, AGENTS, ALIENS FROM THE STATE OF MARYLAND. THIS SECURED

PARTY BY THE STATE OF MARYLAND HAS BEEN REDUCED TO PEONAGE AND INVOLUNTARY SERVITUDE UNDER FRAUDULENT, TYRANNICAL, AND SEDITIOUS ACTIONS.

ANY ACT (OR FURTHER ACTS) OF DETENTION, ARREST, INCARCERATION, OR PHYSICAL HARM TO THIS SECURED PARTY HEREAFTER IS ASSIGNED THE MINIMUM MONETARY VALUES AS PER PRECEDENT ESTABLISHED BY (TREZEVANT-V- CITY OF TAMPA, 741 D. 2D 336 (1984)); $25.000.00 PER 23 MINUTES PERIOD, I.E. $65,217.91 PER HOUR, PLUS PUNITIVE DAMAGES IN AMOUNT DECIDED SOLELY BY SECURED PARTY'S HEIRS OR ASSIGNS.

"SECURED PARTY IS AUTHORIZED TO REGISTER THIS CAFV IN THE COMMERCIAL REGISTRY AND MAY USE CAFV AS THE SECURED PARTY'S DISCRETION IN ADMINISTRATIVE OR JUDICIAL CLAIM AS NECESSARY BY THE SECURED PARTY TO OBTAIN INJURY/DAMAGES THAT WERE PERPETRTED AGAINST DEBTOR."

AS AN AGENT OF THE UNITED STATES, THE DEFAULTING OR DISHONORING PARTY, WILL SPEAK FOR THE STATE OF MARYLAND IN THIS MATTER, AND BINDS THE STATE OF MARYLAND AND THEMSELVES PERSONALLY VIA THEIR BREACH OF DUTY TO ANY/ALL MONETARY DAMAGES FOR THE INJURIES AS SO STIPULATED BY YOU RESPONDENT, PROSECUTING ATTORNEY.

SILENCE CAN ONLY BE EQUATED WITH FRAUD WHERE THERE IS A **LEGAL OR MORAL DUTY TO SPEAK** OR WHERE AN **INQUIRY LEFT UNANSWERED WOULD BE INTENTIONALLY MISLEADING.** U.S-V-TWELL,550 F. 2D.287(1997). NEGLECT OR REFUSAL ON THE PART OF PROSECUTING ATTORNEY AND/OR ANY OF YOUR AGENT(S) EMPLOYEES, ALIENS FOR THE STATE OF MARYLAND SHALL BE DEEMED KNOWING AND VOLUNTARY WAIVER OF "ANY" OFFICIAL IMMUNITY, AS YOUR TACIT ADMISSION IS CONSENT TO BE SUED

Third Party's Name & Address:
mary Depelteau
761 Rattlesnake Rd
Lusby mD 20657

# ACKNOWLEDGEMENT

In compliance with Title 28 U.S.C. § 1746(1), and executed WITHOUT THE UNITED STATES, I affirm under the penalties of perjury, and to the laws of the De Jure united States of America, that the foregoing is true, correct, and complete to the best of my belief and informed knowledge. And Further the Deponent Saith Not. I now affix my Signature and Official Seal to the above Document with EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, in compliance with UCC § 1-308:

Brian- Arthur: Weese[c]
Secured Party Creditor
Authorized Representative For And in Behalf Of
BRIAN ARTHUR WEESE[c]
Without Prejudice

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that Brian Arthur Weese , signed this document on this _____ day of _____ 201__ of his Own Free Will, as witnessed by Our Signatures below

_____
First Witness Signature
Address: 2191 Hunting Creek Rd
Phillipton, MD 20631

_____
Second Witness Signature
Address: 8345 Mundale Cir Apt F
Baltimore, MD 21244

Certified Mail Number: 7016 2140 0000 4903 0953

To:
Attn: Michael J. Stamm or his successor
D.B.A. Saint Mary's County Maryland Circuit Court
PO BOX 859
Leonardtown, Maryland 20636

From:
Secured Party/Creditor
Brian· Arthur· Weese
c/o 2491 Hunting Creek Road
Huntingtown, Maryland
[near 20639]
Non-Domestic / Non-Assumpsit

RE: CONDITIONAL ACCEPTANCE FOR VALUE (CAFV) – PRIVATE INDEPENDENT ADMINISTRATIVE PROCESS – ARTICLE 1 REDRESS OF GRIEVANCE UNDER THE NINETH AMENDMENT RESERVATION FOR THE RESOLUTION AND EQUITABLE SETTLEMENT UNDER NECESSITY. IN THE NATURE OF REQUEST FOR PROOF OF CLAIM/DISCOVERY.

Case/Associated Number: K09-458 (hereinafter CAN)

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dear Michael J. Stamm or his successor – or current chief judge hereinafter Respondent,

I am in receipt of the judgment/presentment/offer imposed under CAN and I agree to abide by the stipulations thereof upon your providing PROOF OF CLAIMS in the Nature of Discovery (evidence), exhausting my private administrative remedy from your office. Therefore, I seek PROOF OF CLAIM in regards to CAN, and/or that the charging instrument the Saint Mary's County Maryland Circuit Court/actors/agents used was lawful, proper and/or constitutional, so that I can determine whether the Saint Mary's County Maryland Circuit Court/actors/agents who handled CAN and or others within the same venue of this Action/Office, and/or the Saint Mary's County Maryland Circuit Court at the time that CAN was processed/prosecuted, did not commit constitutional impermissible application of the statute(s), law(s), code(s), Regulation(s) or the like, in the matter.

Therefore Respondent as you are the current Chief Judge, and ultimately responsible for my current or past action conducted by the Saint Mary's County Maryland Circuit Court, I am bringing this matter to you in your Official capacity as the Saint Mary's County Maryland Circuit Court Chief Judge.

I also request a True and Correct copy of your Oath of Office, surety, performance bond and/or blanket bond with the name and address of the insurer, the bond number, public and private pledges or otherwise to indemnify the undersigned as to any injuries and violations against the secured Right(s), Title(s) or interest(s) of the Undersigned.

I wish to resolve this matter as soon as possible; however I can only do so conditioned upon your providing the following PROOF OF CLAIM as set out below to wit:

Conditional Acceptance For Value No. 03051968-1/CAFV-JC/                    BAWPage 1

1) PROOF OF CLAIM: That the Constitution of the United States and the State of Maryland operate upon the Undersigned (Violation of 18 of United States Code [U.S.C.], Sections [Sec.] 1001 and 1018; (2) violations @ $250,000.00 per violation).

2) PROOF OF CLAIM: That the Undersigned is a "PARTY TO" Named Therein and/or is a Signatory to the "SOCIAL COMPACTS" known as the UNITED STATES and State of Maryland Constitution.

   "No private person has the right to complain by suit in court, on the grounds of a breach of the Constitution. The Constitution it is true, is a compact, but he is not a party to it. The States are party to it." PADDLEFORD FAY & CO. V. THE MAYOR AND ALDERMAN, CITY OF SAVANNAH, 14TH GA. 438, 520, 211 U.S. 78 (1854)."

3) PROOF OF CLAIM: That the undersigned is "NAMED THEREIN" any Statute(s), Law(s), Codes(s) and the like. (See: THE PEOPLE V. HERKIMER, GENTLEMEN, ONE, AND COMPANY, 4 COWEN 345, 1825 N.Y. LEXIS 80). (Violation of 18 of U.S.C., Sec. 241, 242, 1001, and 1621; (4) violations @ $250,000.00 per violation).

4) PROOF OF CLAIM: That the United States and the State of Maryland's Corporate Statutes, Laws, Codes, and the like, operate upon the Undersigned. (Violation of Title 18 of U.S.C. Sec. 1001 (1) violation @ $250,000.00).

5) PROOF OF CLAIM: Of the "LIABILITY" of the Undersigned to the Statutes, Laws, Codes, and the like of the Corporate Government of the United States and the State of Maryland. (Violation of 18 of U.S.C., Sec. 241, 242, and 1001; (3) violations @ $250,000.00 per violation).

6) PROOF OF CLAIM: That the Undersigned is a "PARTY TO: Named Therein and/or is a Signatory to any Valid/Lawful Contract and/or Agreement, duly Notarized along with a copy of the Notary Log to the Federal Corporate Government and/or any of the Sub-Agencies/Corporations, i.e. the State of Maryland, or your agency. (Violation of 18 of U.S.C., Sec. 1001; (1) violation @ $250,000.00).

7) PROOF OF CLAIM: That a Corporation such as the United States and the State of Maryland, can attain parity with a sentient, living, breathing, flesh-and-blood man such as the Undersigned.

   "there every man is independent of all laws except those prescribed by nature. He is not bound by any institutions formed by his fellow man without his consent." CRUDEN V. NEAL, 2 N.C. 338, 2 S.E. 70 (1796).

8) PROOF OF CLAIM: That "WE THE PEOPLE" as cited in the Constitution of the United States and the State of Maryland, as well as cited in the enactment clause of the Statutes, Laws, Codes, and the like referring to the flesh-and-blood men and women of the united States of America and the Maryland Republic, and not the "Popular Leaders who in all ages have called themselves, "THE PEOPLE".

(Violation of 18 of U.S.C., Sec. 1001; Title 42 of U S.C., Sec. 1986; (2) violations @ $250,000.00 per violation).

9) PROOF OF CLAIM: That the people of the State of Maryland, i.e. the flesh-and-blood men and women of the Maryland Republic were present at the commencement and through the entire proceedings held under CAN. (Violation of 18 U.S.C., Sec. 241, 242, 872, 1001, 1621, 1622, and 2384; (6) violations @ $250,000.00 per violation).

10) PROOF OF CLAIM: That the "Conduct of the Judge and Prosecutor on behalf of the People by the Saint Mary's County Maryland Circuit Court as directed by Executive Act", did not in fact act on behalf of the Corporate State of Maryland, rather than on behalf of the flesh-and-blood men and women of the Maryland Republic, and that it also was not a violation of the "SEPARATION OF POWERS CLAUSES" of the United States and the State of Maryland Constitutions. (See: PEOPLE EX REL LEONARD V. PAPP, 192 N.W. 2D 693, 383 MICH. 627 (1972). (Violation of 18 of U.S.C., Sec. 241, 242, 1001, 1621, and 1951; (5) violations @ $250,000.00 per violation).

11) PROOF OF CLAIM: That the Undersigned is a resident (Belonging To) the State of Maryland Corporation, and/or the United States Corporation, or any sub-division/instrumentality thereof, i.e. does the Undersigned reside within a fiction, a construct of law, an abstraction.

12) PROOF OF CLAIM: That there is a clause within the Constitution of the corporate State of Maryland, and/or the corporate United States, that subjects a Private Man (Sovereign and Retaining His/her Jurisdiction and Venue Within Themselves) to the Statutory Jurisdiction thereof. (Violation of 18 of U.S.C., Sec. 1001 and 1951; (2) violations @ $250,000.00 per violation).

13) PROOF OF CLAIM: That the United States and the State of Maryland by becoming a Corporation "DID NOT" lay down their sovereignty and take on the character of a Private Citizen, and/or a Corporate Charter. (See: THE BANK OF THE UNITED STATES V. PLANTERS BANK GEORGIA, 9 WHEAT 244; U.S. V. BURR 309 U.S. 242). (Violation of 18 U.S.C. 1001; 28 U.S.C. 3002; (2) violations @ $250,000.00 per violation).

14) PROOF OF CLAIM: That the Judge and Prosecutor under CAN had not taken and not filed with the State of Maryland, Secretary of State (The Record Keeper), an Oath of Office Stating that he/she would defend and uphold the Constitution of the United States and the State of Maryland. (Violation of 5 U.S.C.,. 3331; Title 18 U.S.C., Sec. 1101(a)(3)and 3331; (3) violations @ $250,000.00 per violation).

15) PROOF OF CLAIM: That the Undersigned's rights did not exist before the origination (creation) of the State of Maryland and/or the United States (See: HALE V. HENKLE, 201 U.S. 43 AT PAGE 74 (1906)). (Violation of 18 U.S.C., Sec. 1001; (1) violation i§ $250,000.00).

16) PROOF OF CLAIM: That the United States Federal and the State of Maryland Corporations, along with all Corporate City, County, and Township sub-divisions thereof are not operating under the National

Bankruptcy as declared in 1933, which was a re-iteration of the bankruptcy declared in dating back to 1861 and prior. (See: SENATE REPORT NUMBER: 93-549, DATED NOVEMBER 19, 1973, 93RD CONGRESS 1ST SESSION AT PAGE 1 PAR. 1 AT PAGES 187 & 549; EXECUTIVE ORDER 6073, 6102 6111 & 6260; THE TRADING WITH THE ENEMY ACT, 65TH CONGRESS, SESSION 1, CHAPTERS 105 & 106, OCTOBER 6, 1917, AND AS CODIFIED AT 12 U.S.C.A. 95(a); THE 1950 BANKRUPTCY DECLARATION AND REORGANIZATION PLAN NUMBER: 26. 5 U.S.C.A. 903, Public Law 94-564, AND THE LEGISLATIVE HISTORY THEREOF AT PAGE 5967 STATING, IN PART THAT "THE SECRETARY OF THE TREASURY WAS APPOINTED AS THE RECEIVER IN THE BANKRUPTCY"). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, and 1951; Title 42 U.S.C., Sec. 1986; (6) violations @ $250,000.00 per violation).

17) PROOF OF CLAIM: That the United States and the State of Maryland are not Insolvent and Dissolved of all Authority and Official Capacity, Acting In Name Only, due to the contrived National Bankruptcy, also known as National Emergencies and Reorganizations. (See: CONGRESSIONAL RECORD VOLUME 33, 1933, CHAPTER 11 REORGANIZATIONS OF THE UNITED STATES; 26 I.R.C. 165(g) (1); WESTFALL V. BRADLEY 10 OHIO 188; ADAMS V. RICHARDSON, 337 S.W. 2D. 911; AND WARD V. SMITH, 7 WALL. 447, AMONG OTHER REFERENCES). (Violation of 18 U.S.C., Sec. 241, 242, 1001, and 1621; (4) violations @ $250,000.00 per violation).

18) PROOF OF CLAIM: That the Government of the 50 States, did not and still do not pledge the Faith and Credit thereof, i.e. the sweat and blood (assets) of the American flesh-and-blood men and women, including the Undersigned, as Sureties to aid National Emergency Contrivances, via the valuable Instruments known as Birth Certificates (See: Any newly issued Birth Certificate whereon it states: "This is a very valuable instrument") as Collateral and that the State of Maryland and the United States Governments being incorporated, did not create a Corporate Designation from the distinctive application, as written on the Birth Certificate in the name of the Undersigned, and thus, make the Undersigned, as well as all other American flesh-and-blood men and women, a surety and Accommodation Party for such Corporate Entity, i.e. Ens Legis, Cest Cue Trust, Strawman, Juristic Person, Federal Employee, as well as numerous other Definitive terms referring to such. (See: CONGRESSIONAL RECORD MEETING OF THE GOVERNOR MAY,1933, AND THE BOOK OF THE STATES, VOL. 50). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, and 1951; (5) violation @ $250,000.00 per violation).

19) PROOF OF CLAIM: That the "Charge(s)" in this case were laid upon the "Private Man" i.e. Brian- Arthur: Weese ' and not upon a "CORPORATE FICTION", such as BRIAN ARTHUR WEESE', or any/all derivative and variations in the spelling of said name except for Brian- Arthur: Weese ' and the liability imposed there from onto the "PRIVATE MAN" as though there was/is some Contract, Agreement, and the like wherein the "PRIVATE MAN" consented/agreed to be a Surety and Accommodation Party for a "CORPORATE FICTION", for in Actuality, that would be the only way that a Bankrupt, Insolvent, and Incorporated Government, such as the State of Maryland or the United States, including, without any limitations the Courts, Collectively, could Fraudulently do such a Seditious Act. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, and 1951; (5) violations @ $250,000.00 per violation).

20) PROOF OF CLAIM: That the Judge and Prosecutor, at the time of the entire proceeding under CAN had an Indemnity Bond posted to indemnify their actions as to any injury that may have befallen the Undersigned. (Violation of 18 U.S.C., Sec. 241, 242, 872, 1001, 1621, 1622, and 1951; (7) violations @ $250,000.00 per violation).

21) PROOF OF CLAIM: That the Judge and Prosecutor were not enforcing the National Bankruptcy/National Emergency Contrivances, upon the Undersigned, via the Criminal CHARGE(s) and Sentence. (Violation of 18 U.S.C., Sec. 241, 242, 1001(six fold(6x), 1951, 1961(a)(b), and 1964; (12) violations @ $250,000.00 per violation).

22) PROOF OF CLAIM: That all Crimes/Court Actions are not commercial as stated in part, within section 72.11 of Title 27 of the Code of Federal Regulations (CFR). (Violation of 18 U.S.C., Sec. 1001; (1) violation @ $250,000.00).

23) PROOF OF CLAIM: That the Judge and Prosecutor, acting on behalf of Saint Mary's County Maryland Circuit Court, the Corporate State of Maryland and the United States Federal Corporation, did not know that what they were doing under CAN, was Beyond the Scope of their Corporate Charter, and that they did not have the Authority to violate the Good Faith, Commercial Law, Contract Law, and Securities Law, in binding the Undersigned to an Undischargeable contract to Incarcerate him or his rights. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations £ $250,000.00 per violation).

"A contract made by a corporation beyond the scope of its corporate power is Unlawful and VOID. MCCORMICK V. MARKET NATIONAL BANK, 165 U.S. 538.

24) PROOF OF CLAIM: That the Court that adjudicated the case under CAN was a "COURT OF CONSTITUTIONAL DUE PROCESS", and not an "ADMINISTRATIVE TRIBUNAL" administering the National Bankruptcy per the case . (Violation of 241,242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

25) PROOF OF CLAIM: That the Bar Association is not a British Organization and/or a Controlled Association, that is an offshoot of the London Lawyers Guild, thus a Foreign PRINCIPAL would be controlling the Courts and Government Agencies associated therewith, as well as All Judges, Attorneys, Agents, Officers, and the like thereof. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386: (11) violations g $250,000.00 per violation).

26) PROOF OF CLAIM: That the Judge and Prosecutor as well as ALL Members of the Bar, have not forfeited their United States Citizenship by becoming a member of the Bar, in accordance with automatic operation of Law, under Self-Executing, provisions of the 13ᵗʰ Article of the Organic Constitution for the united States of America (1787), as well as duly proposed at the Second Session of the 11ᵗʰ Congress and Ratified in 1820. (See: U.S.C.A. TITLE 22 §§ 611-619; RABINOWITZ V.

KENNEDY. 376 U.S. 605, 84 S. CT. (1964); U.S.C.A. TITLE 18 §§ 219 & 951; M.C.L. 750.218 § 1(b)(c) and 4(a). AMONG OTHER REFERENCES TO FOREIGN REGISTRATION STATEMENTS HAVING TO BE FILED WITH THE Secretary of State. IN ORDER TO BE IN THIS COUNTRY, REPRESENTING A FOREIGN PRINCIPAL OR POWER). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1101(A), 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (12) violations @ $250,000.00 per violation).

27) PROOF OF CLAIM: That within CAN that the Judgment was not "COMMERCIAL PAPER" and was not deposited into a bank or converted into an item of Deposit for the commercial benefit to the Judge and Prosecutor, (Court),County, State of Maryland, The United States, and or the World Bank. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations $250,000.00 per violation).

28) PROOF OF CLAIM: That the organic/De Jure Constitution is the same for the Maryland Republic, and the Organic/De Jure Constitution for the united States of America, and the State of Maryland and the United States are operating under the organic/De Jure Constitution. (Violation of 18 U.S.C., Sec. 1001(1) violation e $250,000.00).

29) PROOF OF CLAIM: That if the Judge and Prosecutor under CAN as well as ALL of the State of Maryland and the United States Government Employees, Agents, Officers, Attorneys, Judges and the like (Hereinafter referred to as PERSONEL), were/are Operating Under, i.e. Defending and Upholding the Organic/De Jure Constitution for the Maryland Republic and the united States of America (1787), and not a Corporate Charter, and if the State of Maryland and the United States are actually Free Enterprise Republics, then would not the Judge and Prosecutor under CAN, as well as all the Attorneys and Judges, to this day, have or had a License to Practice Law as mandated by the Maryland De jure Constitution; (People Ex Rel Hughes V. May, 3 Mich. 598 (1855)) Operating Procedures as the Prosecuting Attorney and/or PROSECUTING ATTORNEY (1947, No. 803, Page 741), among other authorities, and in order to be or have been Doing Business As a Judge or Prosecutor, and in their Individual, Private Capacity, under a De Jure Constitutional Republic, and such a license would be or have been issued by a duly constitution, Free Enterprise, Maryland Republic, Board of Law Examiners within the Department of Licensing and Regulations, where all Professional Licenses are issued, and such a Board would have been established by the Legislature, as authorized/mandated by Maryland Constitution of 1963, Article 4 § 1, as it is the Legislature which must give force to the licensing mandate of Article 6 § 14 of the Maryland Constitution of 1963, (See: THE LEGISLATIVE RECORDS OF FEBUARY 3, 1969, HOUSE OF REPRESENTATIVE BILLS: 2115 & 2116 WHEREIN SUCH A FREE ENTERPRISE 'LICENSING BOARD' WAS SOUGHT, BUT DENIED). (Violation of 18 U.S.C., Sec. 241, 242, 100, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

30) PROOF OF CLAIM: That in keeping with the presumption of Operating Under, i.e. Defending and Upholding the Organic/De Jure Constitutions for the Maryland Republic and the united States of America (1787), and this being a Free Enterprise Republic, as referenced in PROOF OF CLAIM: 28 and

29, if the only License to Practice Law a Judge and Prosecutor need is to be on the Docket Roll of the Supreme Court, coupled with being a Member of the Bar Association, and as such they are deemed by the Bar (British Accreditation Regency) as an "OFFICER OF THE COURT" (See: M.C.L. 600.901; IN RE LORD, 97 N.W. 2D 255, 287; 7 CORPUS JURIS SECUNDUM § 4, AMONG OTHER AUTHORITIES), would not such a Title of Nobility be in violation of the "NO TITLES OF NOBILITY CLAUSE," Article 1 § 9, Clause 8 and Article 1 § 10, Clause 1 of the Federal Constitution of the United States of America Inc. (1845), and Would Not such a way of Licensing A Legal Profession, create a Monopoly, i.e. "RULING CLASS" IN Violation of Article 4 § 4 of the De Jure/Organic Constitution for the united States of America (1787). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

31) PROOF OF CLAIM: That under the "BAR RULES", All Judges such as the one that presided over CAN, would have to be a Bar Attorney before he could become a Judge and is this not a Violation of Article 4 § 4 of the Constitution of the united States of America (1787). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations § $250,000.00 per violation).

32) PROOF OF CLAIM: That under their "NOBLE STATUS" within the ancient fellowship known as the "BAR" that the Judges and Prosecutor for CAN, as well as all "BAR" Judges and Attorneys, operating under monopolized, "RULING CLASS", are not operating under competing and conflicting interests, another fact ruled as being unconstitutional by fellow Bar Judges. (See: CULVER V. SULLIVAN, 446 U.S. 335, 350, 100 S. CT. 1708 (1980); GLASSER V. U.S. 315 U.S. 60, 62, S.CT. 457 AMONG OTHER AUTHORITIES). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1101(a)(3), 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386: (12) violations @ $250,000.00 per violation).

33) PROOF OF CLAIM: That all the "VIOLATIONS" of the De Jure/Organic Constitution of the Maryland Republic and the united States of America (1787), in order to usurp an Official/Seat in the Government/Judiciary, including the ones which were held by the Judge and Prosecutor for CAN, as well as by all other Government Officials/Employees, whom have supposedly sworn "Oath of Affirmation to Uphold and Defend: the De Jure/Organic Constitution for the Maryland Republic and the united States of America (1787, as Mandated by M.C.L. 15.151 et. Seq. and U.S.C.A. Title 4, Section 101 & 102 et. Seq., does not render them void, and that any usurped authority of jurisdiction as well as any Decrees, Orders, Judgments, and the like issued/imposed therefrom are not also void, as decided by "Fellow Brother and Sister Bar Judges," e.g.

"If a Court is without authority, its judgment and orders are regarded as nullities. They are "VOID", and from no bar to a recovery sought, even prior to reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered in law as trespassers." (See: ELLIOT V. PIEROL, 1 PET. 328,340; 26 U.S. 328, 340 (1828)),

(Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

34) PROOF OF CLAIM: That if the Court has "NO AUTHORITY or JURISDICTION" over the Undersigned or over CAN, via each of the violations of the De Jure/Organic Constitutions for the Maryland Republic and the united States of America (1787) as well as Federal Constitution on the United States of America Inc. (1846), that the Judge and Prosecutor, as well as all whom have advised and acted with them, to commit the moral wrongs of "UNLAWFUL INCARCERATION" of the Undersigned, thus having the liability of insuring that what the Judge and Prosecutor did by incarcerating the Undersigned within their supposed jurisdiction, was "LAWFUL and CONSTITUTIONAL," and if left unchecked, would be the same as making a statement for the Record via, this (CAFV), that every flesh-and-blood man and women in this country is just susceptible to the "MORAL WRONGS," that have been perpetuated upon the Undersigned. e.g.

"Whenever a Judge or Attorney acts where he/she does not have jurisdiction, the Judge and Attorney are engaged in an act or acts of Treason, and any Judge or Attorney who does not reject the Judge and Attorney for "TREASON" as required by law may themselves be guilty of Misprison of Treason." COHEN V. VIRGINIA, 19 U.S. (6 WHEAT) 264, 404;5 L.ED. 257 (1821); AND REAFFIRMED UNDER U.S. V. WILL 449 U.S. 200, 216; 101 S. CT. 471; 66 L. ED. 2D. 392, 406 (1980). (See: also 18 U.S.C.A. 2382 – MISPRISON OF TREASON; AND 18 U.S.C.A. 2, 3 AND 4 – MAKING SUCH NON-REPORTING JUDGES, ATTORNEYS, OR ANYONE THAT HAS KNOWLEDGE OF SUCH CRIMES A "PRINCIPAL IN THE CRIMINAL ACTIVITY").

35) PROOF OF CLAIM: That "ANYONE" including the Judge and Prosecutor for CAN, has filed a "SUPERIOR CLAIM" which is Certified and State Sealed within the Uniform Commercial Code (UCC) Division, of any Secretary of State, that supersedes the Filing by Secured Party Creditor, Brian Arthur: Weese , i.e. File Number 201606060267849, which has been duly recorded, Indexed, and Certified and is under State Seal on a national filing form within the UCC Division, of the New York Secretary of State Office, thereby "SECURING" all of the assets of the DEBTOR, BRIAN ARTHUR WEESE , and any/all derivatives and variations in the spelling of said name, except for 'Brian- Arthur: Weese ' This Superior Claim includes "ALL" of the debtors Property/Assets, to include any/all things used to identify the DEBTOR, i.e. Social Security Account Number; C.U.S.I.P./AUTOtris Number, and/or anything associated with the name of the DEBTOR, also to include without limitations, and Bonds issued under the DEBTOR's name including those that were fraudulently created using the name (property) of the DEBTOR. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

36) PROOF OF CLAIM: That there is no such UCC Filing, i.e. Private Agreement Number: 03051968-BAW-SA; Hold Harmless and Indemnity Agreement Number: 03051968-BAW-HHIA; Common Law Copyright notice Number: 03051968-BAW-CLC; Filed and recorded under State Seal with the State of New York , Secretary of State Office 201606060267849, wherein a copy of said documents are the initial documents (the remedy put in place by the Government) to provide the flesh-and-blood man and woman a way to remedy themselves of the fraud of the Government, some of which has been disclosed throughout this CAFV, and is the basis of the Antecedent claim, for per Maxim of Law on fraud, "They had to leave the people a way out, or all cover of legitimacy." (Violation of 18 U.S.C., Sec.

241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

37) PROOF OF CLAIM: That there are not over 3 million such UCC filings, related to the Redemption of the Fraud of the Government, Nationwide.

38) PROOF OF CLAIM: That if these documents duly filed and recorded under State Seal as stated above in PROOF OF CLAIM 35 & 36 are fraudulent why are they considered Legitimate by the Secretary of State, for the State of New York , and the Undersigned not being prosecuted for creating Fraudulent documents.

39) PROOF OF CLAIM: That the Judge and Prosecutor under CAN was not looking for the Undersigned to "ACCEPT FOR VALUE" or honor the Charging Instrument/Presentment in accordance with UCC § 3-410, and due to all Court Actions Being Commercial (U.S.C.A. Title 27) and Statute being a Bond (See: BLACK'S LAW DICTIONARY 4ᵀᴴ EDITION REVISED) which is an abbreviation for "STATUTE MERCHANT," which is:

   a. A security for a debt acknowledged to be due;
   b. A bond for Commercial Debt (See: J.H. BAKER, AN INTRODUCTION TO ENGLISH LEGAL HISTORY, 354 3ᴿᴰ EDITION 1990) and that the Complaint Information of Indictment is not a three-party draft, Commercial Paper, under Article 3 of the UCC, and that the Judge and Prosecutor is/was Not the Drawer or Maker by their signature, and that the Undersigned, flesh-and-blood-man, though not having such knowledge at the time, was/is not deemed the Surety, and the COMMERCIAL PRESENTMENT was not made in accordance with UCC § 3-501(1), Presentment is Necessary to Change Secondary Parties, and because the Undersigned did not know at the time, of the underlying fraud, and did not Accept the Charges of Presentment, For Value or Honor, that the Undersigned was not deemed in dishonor;
   c. That the Undersigned was not then deemed to be in dishonor for non-acceptance by the Judge and Prosecutor, in accordance with UCC § 3-505(c) and UCC § 3-501(2), (a) and (b) and that the Undersigned is/was not made the fiduciary trustee of the DEBTOR, Ens Legis, in this fraudulently created capacity, was the Undersigned was not made responsible to discharge the debt of the DEBTOR, Ens Legis by operation of Law, Where as the Undersigned being made the PRINCIPAL or Asset Holder on the Private Side of the Accounting Ledger; and
   d. That the Undersigned was/is not holding the Exemption necessary, to discharge the debt, based on the "ANTECEDENT CLAIM," which has been "REDEEMED" via the UCC Filing referenced with PROOF OF CLAIM 35 of this CAFV.

(Violation of 18 of U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, 2386; (11) violations @ $250,000.00 per violation).

40) PROOF OF CLAIM: That because the Undersigned did not accept the Charges of Presentment For Value or Honor, presented by the Judge and Prosecutor under CAN, thus the Undersigned being deemed in Dishonor, and the Court/Government not being Able to use the Undersigned's Exemption, at the time to pass the debt or Charge, through the Account of the DEBTOR, Ens Legis, to obtain a discharge, that the Dishonor is/was not sold to the Federal Court as all State Court Judgments/Dishonor are, and thereafter sold as Stock/Shares, which have a extensive value per charge. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations G $250,000.00 per violation).

41) PROOF OF CLAIM: That when a Social Security Account Number is assigned/issued, that a Blank Bond is not issued and when the Undersigned was arrested and there after imprisoned, that this Bond was not filled out and that this Bond is not called a "BID BOND", Standard Form 24(SF24) and that it is not prescribed by the General Service Administration (GSA), and that this is not also referred to as a "PRISON or PENAL BOND", as well as a "CONTRACT SURETY BOND" and that a follow-up "PERFORMANCE BOND" Standard Form 25(SF25) and "PAYMENT BOND" Standard Form 25A(SF25A) were not filled out. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

42) PROOF OF CLAIM: That everything is not being run under the "LAW MERCHANT" under UCC § 1-103. (See: ALSO SECTION 1775.04 OF TITLE 17 U.S.C.A. – CORPORATIONS; THE ADMINISTRATIVE MANUAL OF THE INTERNAL REVENUE SERVICE, WHEREIN UCC § 1-103 IS QUOTED AND PART OF THE MARYLAND REVISED CODE THAT STATES THAT "RULES OF LAW AND EQUITY, INCLUDING THE "LAW MERCHANT" ARE TO GOVERN"). (Violation of 18 U.S.C., Sec. 241, 242, 1001 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per violation).

43) PROOF OF CLAIM: That all factual information Contained within this CAFV pertaining to this Securities/Fraud cannot be retrieved from the Federal Circuit Court website, as the Undersigned has done extensive studies through lawful channels. And is it not true that this website is Restricted to Public Access, and that this restriction can be observed by simply doing a computer search typing in the CUSIP, and is it not so that the name CUSIP is not derived from the American Banking Association's (ABA) – Committee on Uniform Securities Identification, and that CUSIP is not the trademark of Standard and Poor's which operates a license agreement with the ABA and is at the same address as the Depository Trust Clearinghouse, which is the clearinghouse for all goods, commodities, and Securities, and is also referred to as the Global Clearing Network (GCN) and the Defined Contribution Clearance and Settlement (the DCC&S), among other names, which are the clearing house for all the shares and stocks sold through the Corrections Corporation of America and the Paine Webber Group and, that if a computer search was done on the Pain Webber Group, that one of the 20 largest companies would not be called "PRIVATE PERSON", and that this cannot also be verified under Re'gis Castellani's Transformation Corporation website, i.e. www.transnational.org/pays/usa.htm and that the London based U.B.S. Warburg Investment Banking Division of the U.B.S., which was started by the Paul Warburg, which owns and controls the World Bank, that started/owns the Federal Reserve, which is part of the Securities Scheme, that funds the Privatized Prisons and that is one reason why

the Federal Court website has a Public Access Restriction on it, and not because the shares and stocks which were supposed to be sold to the Public, are actually sold to a select group of Corporations, and Mortgage Backed securities as a cover and these select corporations are hoarding all the shares and stocks so the public cannot view them via computer search, and that the American Legislative Exchange Council (ALEC), owned by Paul Weyrich of the Free Congress Foundation, who bragged about helping to enact the Truth In Sentencing, and the Three Strikes Laws, thereby was creating a means to keep a steady flow of prisons within the Privatized Prison System, which is why Correction Corporation of America and Wackenhut has paid hundreds of thousands of dollars in exchange for privileged position on the ALEC's Criminal Justice Task Force, and the General Accounting Office and General Service Administration (which are under the Comptroller of Currency), and heavily involved in the Accounting aspect of the Securities Scheme, and is why they supply all the "BID", "PERFORMANCE", and "PAYMENT BONDS". (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

44) PROOF OF CLAIM: That the Undersigned cannot as the "Holder In Due Course" of the bonds (that were fraudulently created by all parties disclosed this far in this CAFV), take the information from the Circuit Court Website, as to who currently has the Bonds, and amount thereof, and submit a "BID", "PERFORMANCE", and "PAYMENT BOND," as well as an International Bill of Exchange (As Good As Aval), which is lawful, due to the United States becoming a party to the United Nations Committee on International Trade Law (UNICITRAL) in 1989, and thereof discharge the debt which was Fraudulently imposed upon the Undersigned. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

45) PROOF OF CLAIM: That the Judge and Prosecutor under CAN, did not commit Constitutional Impermissible Mis-Application of the Statutes in this case to work as a detriment to the Undersigned. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

46) PROOF OF CLAIM: That the Judgment of Sentence rendered by the Judge under CAN, is not VOID from inception and as to why the Undersigned should not be released of all implications thereof immediately, due to all of the Fraud underlying such judgment, and although the Undersigned could go about discharging the Fraudulent Monetary Debt, underlying the Judgment, i.e. going through all of the formalities which are really unnecessary "When The Facts Of Fraud Make The Judgment VOID." (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) violations @ $250,000.00 per violation).

47) PROOF OF CLAIM: That you do not have the duty and Obligation to produce and provide the Undersigned the PROOF OF CLAIM as requested, pursuant to the "Clean Hands Doctrine" and "Good Faith" dealings with the Undersigned , and because some of the PROOF OF CLAIM relate to Securities Fraud, which play a part in the Unlawful Incarceration of the Undersigned, the mandates of the Sarbanes-Oxley Act of 2002, H.R. 3763,107[th] Congress Second Session, which also apply to you as a Judge and Prosecutor of the Saint Mary's County Maryland Circuit Court, and Other involved and which

President Bush signed into law to combat among other things, Accounting and Securities Fraud . (Violation of 18 U.S.C., Sec. 1001 and 1951; (2) violations @ $250,000.00 per violation).

## CAVEAT

Please understand that while I want to resolve this matter quickly, I can only do so upon your "Official" response providing the above PROOF OF CLAIM in the matter as to the action being lawful, proper and constitutional.

Because the Court(s) has dealt with a **Corporate Entity** and not the filed Secured Party/Creditor {natural man} and failed to serve **NOTICE** that it was doing so, {See U.C.C. § 1-201 (26) and (27)}, and that it be placed on **"record"** See U.C.C. § 5-102(n); it has effectively created a "fault"; {See U.C.C. § 1-201 (16)} as well as a breach of **"good faith"**. {See U.C.C. § 1-201 (19)}. **No sanction(s)** can be imposed upon this Secured Party, **however** the "STATE OF MARYLAND" Cause does leave this "aggrieved party" opportunity to file for remedy (relief) as the undersigned may see fit. As well as the rights afforded by U.C.C § 1-106 (1)(2), 1-201 (34)(36) and the State and Federal Constitution.

Therefore, not being a signatory to the FEDERAL CONSTITUTION of State of Maryland Corporation, not a party to your "Social Compact", and not being named in your statutes, and/or notice of agreement between the State of Maryland or the United States with the Undersigned, the Undersigned did not and does not understand the nature of the jurisdiction imposed by the State of Maryland in respect to the judgment received, or the commercial nature of some involving commercial paper, bonds, etc. created by the Judge or others on request to the above case.

Should you fail to provide the requested PROOF OF CLAIM, you would fail to state a claim upon which relief can be granted, and you will have stipulated to all the facts as they operate in favor upon the undersigned, i.e. that the Undersigned is not a signatory, nor party to the social compact (Constitution) of the State of Maryland and said Constitution does not operate upon the Undersigned and that the Judge and Prosecutor for the Saint Mary's County Maryland Circuit Court under CAN, committed constitutional impermissible application of the statute(s)/ laws in CAN, and you also agree that injury was done to the Undersigned, via Misapplication of the Statute(s), Malicious Prosecution, Conspiracy, libel, slander, and Fraud, and you agree that the Undersigned is due damages via tort.

If you fail to respond and/or provide PROOF OF CLAIM to any/all of the forty-seven (47) requested claims contained herein, this will constitute your agreement that any remaining judgment/monetary penalty may be "Accepted for Value" and Returned for Discharge by Bonds, International Bill of Exchange, Promissory Note, or any other appropriate commercial Paper, to allow the setoff/adjustment and exchange of Credit/Discharge of CAN, and that I Secured Party Creditor, Brian- Arthur: Weese ˋ, the Authorized Representative, and Attorney-in-Fact for the Defendant/DEBTOR BRIAN ARTHUR WEESEˋ, hereby calls for the return of the Bonds (Bid, Payment, & Performance Bonds) issued by the Saint Mary's County Maryland Circuit Court, under CAN, and you Respondent, as Chief Judge, agree that I may proceed directly to the U.S. District Court for the Commercial Vessel, i.e. BRIAN ARTHUR WEESE¹, and that the undersigned is due reparations and damages via tort.

Brian- Arthur: Weese ˋ will exercise his right to verify any proof, discovery, evidence or otherwise (in the nature of his right to challenge jurisdiction at any time), as to the entire matter, per his right within "The Due Process of Law" and therefore this private process is proper in obtaining such "evidence" and to challenge any false claims, charges, or otherwise.

Respondent as the Chief Judge for the Saint Mary's County Maryland Circuit Court, and as such, having superior knowledge of the law necessary to provide the PROOFS OF CLAIM requested herein by the Undersigned thereby providing evidence that the action was lawful, proper, constitutional, and there was no misapplication of the Statute(s), Law(s), Code(s), or the like, and how the Undersigned can lawfully "Pay Debt(s) at Law", including judgments with Constitutional money and not be tricked into becoming a Tort Feasor, by the State of Maryland. (See: ARTICLE 1 SECTION 10 – U.S. CONSTITUTION).

Respondent as the Chief Judge for the Saint Mary's County Maryland Circuit Court, must reply within Thirty (30) DAYS, providing PROOF OF CLAIM both to the Undersigned and to the Third-Party witness's addresses below, and should you go into fault, you will be given THREE (3) DAYS to cure your fault of non-response. If you fail to cure your fault, you will be found in default and will have established your default and dishonor of this counter-offer to the original offer indictment in the record.

The defaulting and dishonoring party will be foreclosed by laches and estoppel from maintaining or enforcing the original offer in any court or administrative unit and you agree that the Undersigned may exercise his exclusive remedy as to the stipulated and agreed upon, Misapplication of the Statute(s)/Law(s)/Code(s) or the like, Malicious Prosecution, Conspiracy, libel, slander, and Fraud, and other Violations of the United States Codes and Statutes via maritime action and/or Tort.

Such rights or obligations are secured, preserved or denied by the Constitution to prevent such abuses by Government Officials by their oaths to support said Constitution {67 CJS, OFFICERS, SECTION, 46 OATHS}. The penalty of such violations are defined under 18 U.S.C. 3571, and individually listed for each violation {$100.000.00} each violation or trespass listed as a misdemeanor, 18 U.S.C. 3571 {$250.000.00}, for each trespass or violation listed as a felony,

THE ABOVE MENTIONED IS JUST A START OF VIOLATIONS THAT SECURED PARTY HAS SUFFERED IN TIME FROM OFFICER'S, EMPLOYEES, AGENTS, ALIENS FROM THE STATE OF MARYLAND. THIS SECURED PARTY BY THE STATE OF MARYLAND HAS BEEN REDUCED TO PEONAGE AND INVOLUNTARY SERVITUDE UNDER FRAUDULENT, TYRANNICAL, AND SEDITIOUS ACTIONS.

ANY ACT {OR FURTHER ACTS} OF DETENTION, ARREST, INCARCERATION, OR PHYSICAL HARM TO THIS SECURED PARTY HEREAFTER IS ASSIGNED THE MINIMUM MONETARY VALUES AS PER PRECEDENT ESTABLISHED BY {TREZEVANT-V- CITY OF TAMPA, 741 D. 2D 336 (1984)}; $25.000.00 PER 23 MINUTES PERIOD, I.E. $65.217.91 PER HOUR, PLUS PUNITIVE DAMAGES IN AMOUNT DECIDED SOLELY BY SECURED PARTY'S HEIRS OR ASSIGNS.

"SECURED PARTY IS AUTHORIZED TO REGISTER THIS CAFV IN THE COMMERCIAL REGISTRY AND MAY USE CAFV AS THE SECURED PARTY'S DISCRETION IN ADMINISTRATIVE OR JUDICIAL CLAIM AS NECESSARY BY THE SECURED PARTY TO OBTAIN INJURY/DAMAGES THAT WERE PERPETRTED AGAINST DEBTOR."

AS AN AGENT OF THE UNITED STATES, THE DEFAULTING OR DISHONORING PARTY, WILL SPEAK FOR THE STATE OF MARYLAND IN THIS MATTER, AND BINDS THE STATE OF MARYLAND AND THEMSELVES PERSONALLY VIA THEIR BREACH OF DUTY TO ANY/ALL MONETARY DAMAGES FOR THE INJURIES AS SO STIPULATED BY YOU RESPONDENT, CHIEF JUDGE.

SILENCE CAN ONLY BE EQUATED WITH FRAUD WHEN THERE IS A LEGAL OR MORAL DUTY TO SPEAK OR WHERE AN INQUIRY LEFT UNANSWERED WOULD BE INTENTIONALLY MISLEADING {U.S.V TWELL, 550 F. 2D.287 (1997)} NEGLECT OR REFUSAL ON THE PART OF CHIEF JUSTICE AND/OR ANY AGENT(S),ALIENS FOR THE STATE OF MARYLAND SHALL BE DEEMED KNOWING AND VOLUNTARY

WAIVER OF "ANY" OFFICIAL IMMUNITY (REMOVING THE CORPORATE VEIL) AS YOUR CONSENT BY TACIT ADMISSION (AGREEMENT) TO BE SUED.

Third Party's Name & Address:
Mary Depelteau
761 Rattlesnake Rd
Lusby MD 20657

# ACKNOWLEDGEMENT

In compliance with Title 28 U.S.C. § 1746(1), and executed WITHOUT THE UNITED STATES, I affirm under the penalties of perjury, and to the laws of the De Jure united States of America, that the foregoing is true, correct, and complete to the best of my belief and informed knowledge. And Further the Deponent Saith Not. I now affix my Signature and Official Seal to the above Document with EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, in compliance with UCC § 1-308:

Brian- Arthur: Weese
Secured Party Creditor
Authorized Representative For And in Behalf Of
BRIAN ARTHUR WEESE
Without Prejudice

## WITNESSES

We the undersigned Witnesses hereby STAND and Attest that Brian- Arthur: Weese , signed this document on this ___19th___ day of ___December___, 201 0, of his Own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address: 4125 Sandy Point Rd
Prince Frederick MD 26678

Second Witness Signature
Address: 834 Mindale Cir
Baltimore, MD 21244